JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA R. VODICKA, | ) Case No. EDCV 21-0377-JPR |
| | ) |
| Plaintiff, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Acting Commissioner's request for an order affirming her final decision is GRANTED; and (3) judgment is entered in the Acting Commissioner's favor.

DATED: September 28, 2022

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE